| | AUSA: | Anthony Vance | Telephone: | (810) 766-5177 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Nathan Sutara | Telephone: | (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

Ellis Gilliam-Cassel

Case No. 26-mj-30396

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 1, 2026 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal Possession of a Machinegun |

This criminal complaint is based on these facts:

I have probable cause to believe that on July 1, 2026, in the Eastern District of Michigan, Ellis Gilliam-Cassel, knowingly and illegally possessed a machine gun, in violation of 18 U.S.C. § 922(o).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan Sutara, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date:  July 2, 2026

_____
*Judge's signature*

City and state:  Detroit, I

Anthony  P.  Patti,  United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

1.      I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. I am tasked with investigating violations of firearms and narcotics laws. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately 5 years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving narcotics trafficking, robberies, shootings, and homicides as well as violations of state and federal firearms laws.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      I am currently investigating Ellis Gilliam-Cassel, for violations of 18 U.S.C. § 922(o) – illegal possession of a machinegun.

1

4.      On July 1, 2026, Special Agents with the ATF Flint Field Office assisted Flint Major Crimes Unit (MCU) with search warrants related to two recent shootings in the City of Flint.   Gilliam-Cassel was identified as a suspect in a June 4, 2026 shooting of a 15-year-old boy.

5.      Gilliam-Cassel's registered address, verified by Michigan Secretary of State records, is ████████████, Flint, MI.

6.      On July 1, 2026, a search warrant was executed at Gilliam-Cassel's residence, which is located in the Eastern District of Michigan. Gilliam-Cassel was present when the search warrant was executed.   During the search of his residence, two firearms were found in Gilliam-Cassel's bedroom underneath the bed. Documents of residency for Gilliam-Cassel were also observed in the bedroom that the firearms were located in.

7.      The firearms located in Gilliam-Cassel's bedroom were identified as having machinegun conversion devices installed on them.

8.      The first firearm was identified as a Glock, Model 21 Gen 4, .45 caliber, serial number: XBY423. This firearm was reported stolen on May 30, 2026 (Michigan State Police Metro North Post). This firearm had a "Glock Switch" installed.

 

9.      A "Glock switch" is a term for an auto-sear which converts a semi-automatic firearm into a fully automatic firearm, firing more than one round with the single pull of the trigger.

10.     The second firearm was identified as a Bear Creek Arsenal, Model BCA15, multi-caliber, serial number: A093716. This firearm was reported stolen on April 1, 2025 (Flint Police Department). This firearm had a drop-in auto-sear installed.

 

11.     A drop-in auto-sear is a device for AR-style firearms which converts a semi-automatic firearm into a fully automatic firearm, firing more than one round with the single pull of the trigger.

12.     On July 1, 2026, MSP Detective Trooper Kewish and I interviewed

3

Gilliam-Cassel. In the interview, Gilliam-Cassel stated that the bedroom where the firearms were located is his bedroom. Gilliam-Cassel also stated that he knows the Glock is fully automatic. Gilliam-Cassel stated that he put the firearms under the bed.

13.   Industry Operations Investigator (IOI) Davis queried Gilliam-Cassel and did not find any machineguns registered to him.

14.   Based on the foregoing, I have probable cause to believe that on July 1, 2026, in the Eastern District of Michigan, Ellis Gilliam-Cassel, knowingly and illegally possessed a machine gun, in violation of 18 U.S.C. § 922(o).

Nathan Sutara
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means

on _____July 2, 2026_____.

Hon. Anthony P. Patti
United States Magistrate Judge

4