UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELLIS D. GILLIAM-CASSEL,

Defendant.

Case: 4:26-cr-20444
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 07-15-2026
INDI USA V. GILLIAM-CASSEL (tt)

Violations:
18 U.S.C. § 922(o)

---

## INDICTMENT

---

### THE GRAND JURY CHARGES:

### COUNT ONE
### ILLEGAL POSSESSION OF A MACHINEGUN
### 18 U.S.C. § 922(o)

On or about July 1, 2026, in the Eastern District of Michigan, ELLIS D. GILLIAM-CASSEL knowingly possessed a machinegun, that is, a Glock, Model 21 Gen4, .45 caliber pistol, modified with a conversion device that converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

1

## COUNT TWO
### ILLEGAL POSSESSION OF A MACHINEGUN
### 18 U.S.C. § 922(o)

On or about May 22, 2026, in the Eastern District of Michigan, ELLIS D. GILLIAM-CASSEL knowingly possessed a machinegun, that is, a Glock, Model 26 Gen5, 9x19mm caliber pistol, modified with a conversion device that converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense charged in Count One, ELLIS D. GILLIAM-CASSEL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including,

2

but not limited to, a Glock, Model 21 Gen4, .45 caliber pistol, serial number XBY423

and 64 rounds of .45 caliber ammunition.

**THIS IS A TRUE BILL.**

Dated: July 15, 2026

s/GRAND JUR FOREPERSON
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney


s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

3

**Companion Case information MUST be completed by AUSA**

| | |
|---|---|
| United States District Court **Criminal Case Cover** Eastern District of Michigan | Case: 4:26-cr-20444 Judge: Behm, F. Kay MJ: Ivy, Curtis Filed: 07-15-2026 INDI USA V. GILLIAM-CASSEL (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes     ☑ No | **AUSA's Initials:** APV |

Case Title: USA v. ELLIS D. GILLIAM-CASSEL

County where offense occurred : Genesee

Check One:     ☑ Felony          ☐ Misdemeanor          ☐ Petty

_____Indictment/_____Information --- **no** prior complaint.
__X__Indictment/_____Information --- based upon prior complaint [**Case number:** 26-mj-30396          ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 15, 2026
_____
Date

s/Anthony P. Vance
_____
Anthony P. Vance
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: anthony.vance@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013